IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ROSS AARON,                    )
                               )
     Plaintiff,                )
                               )
     v.                        )    CIVIL ACTION NO.
                               )    2:04cv786-MHT
MARY HOLT, etc.,               )         (WO)
et al.,                        )
                               )
     Defendants.               )
```

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state inmate, filed this lawsuit challenging his extradition. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendants' motion for summary judgment should be granted. Also before the court are plaintiff's objections to the recommendation. After an independent and de novo review of the record, the court concludes

that plaintiff's objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 2nd day of August, 2006.

                     /s/ Myron H. Thompson
                     **UNITED STATES DISTRICT JUDGE**